JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Nike, Inc., | ) | NO. CV 08-07748 SJO (MANx) |
|         Plaintiff, | ) | |
| | ) | **JUDGMENT** |
|     v. | ) | |
| Mahan Washington, | ) | |
| | ) | |
|         Defendant. | ) | |

This matter came before the Court on Plaintiff Nike, Inc.'s ("Nike") Motion for Entry of Default Judgment.  After full consideration of all admissible evidence and documents submitted, the Court granted Nike's Motion against Defendant Mahan Washington ("Defendant").

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.      That judgment be entered in favor of Nike on its trademark infringement claim.

2.      That Nike is awarded $50,000 in statutory damages.

3.      That Defendant shall be and hereby is restrained and enjoined from infringing the Nike Trademarks, either directly or contributorily, in any manner, including generally, but not limited to manufacturing, importing, distributing, advertising, selling and/or offering for sale

any unauthorized product which features any of the Nike Trademarks ("Unauthorized Products"), and specifically from:

I)     Importing, manufacturing, distributing, advertising, selling and/or offering for sale the Unauthorized Products or any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of the Nike Trademarks;

ii)    Importing, manufacturing, distributing, advertising, selling and/or offering for sale in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of the Nike Trademarks;

iii)   Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, Defendant's customers and/or members of the public to believe, the actions of Defendant, the products sold by Defendant, or Defendant himself is connected with Nike, is sponsored, approved, or licensed by Nike, or is affiliated with Nike;

iv)    Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Nike.

IT IS SO ADJUDGED..

May 15, 2009

_S. James Otero_

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

2